IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>OSCAR GUTIERREZ,<br><br>                Defendant. | Case No. 25-cr-00032-HFS-1 |

**MOTION FOR ORDER FOR**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by the undersigned Assistant United States Attorney, moves this Court for issuance of a Writ of Habeas Corpus Ad Prosequendum for: Oscar Gutierrez, Inmate No. 200988047, DOB: 08/23/1989, who is presently incarcerated at the Jackson County Detention Center, 1300 Cherry Street, Kansas City, Missouri 64106. In order to proceed with the prosecution in this case, the United States respectfully requests the issuance of an Order and Writ of Habeas Corpus Ad Prosequendum for this inmate.

                                              Respectfully submitted,

                                              Jeffrey P. Ray
                                              Acting United States Attorney

                By     /s/William A. Alford, III

                                              William A. Alford, III
                                              Assistant United States Attorney
                                              Charles Evans Whittaker Courthouse
                                              400 East Ninth Street, Suite 5510
                                              Kansas City, Missouri 64106
                                              Telephone: (816) 426-3122